HOME FIRE & MARINE INS. CO. OF SAN FRANCISCO, Appellant, v. KLINE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 15, 1904.) Action by the Home Fire & Marine Insurance Company of San Francisco against Philip E. Kline and others.

PER CURIAM. Judgment and order denying motion for new trial upon the minutes affirmed, with costs. Order denying motion for

a new trial upon the ground of newly-discovered evidence affirmed, with disbursements.